FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

03 AUG 21  PM 3: 24

U.S. DISTRICT COURT
N.D OF ALABAMA

| | | |
|---|---|---|
| MARKEL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 02-PT-2146-E |
| | ) | |
| ABF CONSTRUCTION COMPANY, | ) | |
| INC., | ) | **ENTERED** |
| Defendant. | ) | |

AUG 21 2003

### MEMORANDUM OPINION

Before the court is the motion of the plaintiff, Markel Insurance Company (hereinafter

"Markel"), for summary judgment. (Doc. 19). The magistrate judge assigned this case entered a

report and recommendation finding that Markel's motion for summary judgment is due to be

granted in favor of Markel. Specifically, the magistrate judge found as follows:

> The undisputed evidence shows that Markel is entitled to recover $576,504.45
> from the defendant and that the defendant should be required to deposit collateral,
> money, or other security in the amount of its current loss and expense reserves,
> that is, $199,734.52, to the extent it is available. The plaintiff also is entitled to
> receive interest on the principal amount from the date of the payments to the
> claimants by Markel until the date of judgment, *see* ALA. CODE §§ 8-8-2, 8-8-8
> (1975), at the legal rate of interest, and thereafter if the amount is not paid
> immediately. Finally, the plaintiff further is entitled to recover its attorney's fees
> and expenses. It will be afforded the next ten (10) days to make application
> therefor.

No objections have been filed. Counsel for the plaintiff has informed the court that the

claim for $576,504.45 includes its fees and costs.

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate

Judge's Report and Recommendation is due to be adopted and approved. The court hereby

adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the court finds that there is no genuine issue of material fact and summary judgment is due to be granted in favor of Markel as found by the magistrate judge.  An appropriate order will be entered.

DONE, this _____ day of August, 2003.

ROBERT B. PROPST
United States District Judge